UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KINCHLOW, SR., <br><br> Plaintiff, <br><br> v. <br><br> UNKNOWN, <br><br> Defendant. | 1:22-cv-00272 HBK (PC) <br><br> ORDER TO SUBMIT ATTACHED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE <br><br> 30 DAY DEADLINE |

Plaintiff, a prisoner, initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on January 27, 2022 (Doc. No. 1), which was transferred to this Court on March 7, 2022 (Doc. No. 5). Plaintiff did not accompany her complaint with the $402.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is **ORDERED**:

Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $402.00 filing fee. If Plaintiff fails to timely comply with this order, the undersigned will recommend the Court dismiss this case for Plaintiff's failure to comply with a court order and/or prosecute this action.

Dated:   March 8, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1