UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KINCHLOW, SR., <br><br> Plaintiff, <br><br> v. <br><br> UNKNOWN, <br><br> Defendant. | **Case No. 1:22-cv-00272-JLT-HBK (PC)** <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** <br><br> **(Doc. 10)** |

Plaintiff Christopher Kinchlow initiated this action proceeding pro se by filing a pro se compliant under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 7, 2022, the magistrate Judge issued a findings and recommendations recommending that the district court dismiss Plaintiff's action for failure to prosecute. (Doc. 10.) The findings and recommendations served on Plaintiff contained notice that any objections to the findings and recommendations were due within fourteen days. (*Id.* at 1, 4.) Plaintiff did not file any objections and the time to do so has expired. (*See* docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

ACCORDINGLY, it is ORDERED:

1. The findings and recommendations issued on September 7, 2022 (Doc. 10) are **ADOPTED IN FULL**.

2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against plaintiff.

IT IS SO ORDERED.

Dated: **January 3, 2023**

_____
UNITED STATES DISTRICT JUDGE